IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01424-BNB

SHAWN D. ALLEN,
JOSH BINNS,
MARK HAVENS,
RONNIE JAMES, and
JOHN DOES #1-10,

    Plaintiffs,

v.

K. FARRELL,
E. SNEAD,
J. LIBEL,
R. KORTH,
FILIS,
OFFICER GRIGGS, and
OFFICER KNAPIC,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -6 2011

GREGORY C. LANGHAM
                CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

    Plaintiff, Shawn D. Allen, is a prisoner in the custody of the Colorado Department of Corrections at the Buena Vista Correctional Facility in Buena Vista, Colorado. Mr. Allen has filed *pro se* two different versions of a Prisoner Complaint pursuant to 42 U.S.C. § 1983 asserting four claims that his rights under the United States Constitution have been violated. Mr. Allen also lists as Plaintiffs in the captions of the complaints three other named inmates and ten John Does, he refers to this action as a class action, and he raises what he refers to as "class members claims" as part of his first claim for relief. Only Mr. Allen has signed the complaints.

The court must construe the complaints liberally because Mr. Allen is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the **pro se** litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Allen will be ordered to file an amended complaint if he wishes to pursue his claims in this action.

The court has reviewed the complaints filed by Mr. Allen and finds that they are deficient. First, Mr. Allen may not assert claims on behalf of other inmates and he may not list other inmates as Plaintiffs in a pleading that only he has signed. A **pro se** litigant may not represent other **pro se** litigants in federal court, **see** 28 U.S.C. § 1654, and is not an adequate class representative for a putative class action. **See Fymbo v. State Farm Fire & Cas. Co.**, 213 F.3d 1320, 1321 (10th Cir. 2000). Therefore, Mr. Allen may pursue only his own individual claims in this action.

The Court also finds that the complaints are deficient because, although the complaints appear to raise the same claims for relief, the complaints are not identical. Therefore, in order to avoid any possible confusion, Mr. Allen will be directed to file one amended complaint that specifies the individual claims for relief he intends to pursue in this action. Mr. Allen is advised that, in order to state a claim in federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

2

ORDERED that Mr. Allen file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Allen, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Allen fails to file an amended complaint that complies with this order within the time allowed, the action will be dismissed without further notice.

DATED June 6, 2011, at Denver, Colorado.

              BY THE COURT:

              s/ Boyd N. Boland
              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01424-BNB

Shawn D. Allen
Prisoner No. 113014
Buena Vista Correctional Complex
PO Box 2017
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on June 6, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk