**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01424-BNB

SHAWN D. ALLEN,
JOSH BINNS,
MARK HAVENS,
RONNIE JAMES, and
JOHN DOES #1-10,

    Plaintiffs,

v.

K. FERRELL,
E. SNEAD,
J. LIBEL,
R. KORTH,
FILIS,
OFFICER GRIGGS, and
OFFICER KNAPIC,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The "Motion to Amend Complaint . . ." (Doc. #7) filed on June 13, 2011, is DENIED because Plaintiff has not tendered or filed an amended complaint that complies with the court's Order Directing Plaintiff to File Amended Complaint (Doc. #6) filed on June 6, 2011, and the "Motion to Amend Complaint . . ." does not correct all of the problems identified by the court in the June 6 order.

Dated: June 14, 2011