IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01424-CMA-MJW

SHAWN D. ALLEN,

Plaintiff(s),

v.

K. FERREL [sic],[1]
E. SNEAD,
J. LIBEL [sic],[2] and
R. KORTH,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Compel Discovery (Docket No. 80) is denied. As set forth in the Response (Docket No. 84), defendants complied with the discovery requests that are the subject of the plaintiff's motion. In fact, plaintiff admits in his Reply (Docket No. 89) that he was hasty in filing his motion.

It is further ORDERED that the Plaintiff's Motion to Receive an Objective and Impartial Recommendation from Magistrate Judge (Docket No. 88) is granted. While plaintiff may disagree with rulings and recommendations made by this court, all such ruling and recommendations are made objectively and impartially after due consideration.

It is further ORDERED that the Plaintiff's Motion to Exceed Page Limit for Response to Defendants [sic] Summary Judgment Motion (Docket No. 90) is granted.

Date: February 13, 2013

---

[1] The correct spelling of defendant's name appears to be Farrell.

[2] The correct spelling of defendant's name is Libal.