IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01424-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

K. FERRELL,
E. SNEAD,
J. LIBEL, and
R. KORTH,

    Defendants.

---

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO TRANSPORT PLAINTIFF ALLEN**

---

    Plaintiff Shawn D. Allen, CDOC # 113014, is a necessary and material witness in his own three-day jury trial scheduled to take place before the Hon. Christine M. Arguello on November 12, 2013, at 8:00 AM, in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. It is also necessary that Mr. Allen be present at the Final Trial Preparation Conference, scheduled for October 11, 2013, at 1:30 PM, and Jury Selection for his trial, which event will take place on November 4, 2013, at 1:30 PM, both in Courtroom A602, before Judge Christine M. Arguello. Mr. Allen is currently confined at the Fremont Correctional Facility in Canon City, Colorado, in the custody of Warden Lou Archuleta. In order to secure Mr. Allen's attendance at the aforementioned hearings, it is necessary that a Writ of Habeas

Corpus Ad Testificandum issue, ordering Mr. Allen's custodian to produce him at the United States District Court for the District of Colorado.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of the Fremont Correctional Facility in Canon City, Colorado, and the Colorado Department of Corrections, to produce Inmate Shawn D. Allen, CDOC # 113014, on **October 11, 2013, at 1:30 PM,** for a Final Trial Preparation Conference; **November 4, 2013, at 1:30 PM,** for a half-day jury selection; and on **November 12, 2013, at 8:00 AM**, for a three-day jury trial, in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294, until the completion of each proceeding or as ordered by the Court, and thereafter to return Mr. Allen to the Fremont Correctional Facility, Canon City, Colorado.

2. The custodian is further ordered to notify the Court of any change in the custody of Mr. Allen, and is ordered to provide the new custodian with a copy of this Writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  The Warden of the Fremont Correctional Facility, Canon City, Colorado

YOU ARE COMMANDED to produce Inmate Shawn D. Allen, CDOC # 113014, on **Friday, October 11, 2013, at 1:30 PM,** for a Final Trial Preparation Conference; on **Monday, November 4, 2013, at 1:30 PM,** for a half-day jury selection, and on **Tuesday, November 12, 2013, at 8:00 AM**, for a three-day jury trial, each to be held in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294, before the Hon. Christine M. Arguello, or until completion of each proceeding, or as ordered by the Court, and thereafter return Mr. Allen to the Fremont Correctional Facility in Canon City, Colorado.

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Allen and to provide the new custodian with a copy of this Writ.

Writ shall be issued to the United States Marshal to execute.

DATED this  4th  day of September, 2013.

BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge