IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01424-CMA-MJW

SHAWN D. ALLEN,

Plaintiff(s),

v.

E. SNEAD,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Motion for Status (Docket No. 122) is granted, and plaintiff is hereby advised of the status of the appointment of *pro bono* counsel for the plaintiff in this action. The Clerk of Court has been making a good faith effort to obtain trial counsel for the plaintiff and this morning detailed to the court the efforts made and being made, but so far no attorney has agreed to represent the plaintiff.

     As this court advised plaintiff almost five months ago in its Order regarding plaintiff's motion for appointed counsel (Docket No. 111), counsel cannot be appointed and paid pursuant to 28 U.S.C. § 1915(e)(1), and the granting of his request for appointed counsel does not necessarily mean that an attorney will appear on his behalf in this case. The court will not force or require an attorney to represent the plaintiff. Moreover, plaintiff was very clearly advised that unless and until an attorney agrees to represent him and enters an appearance on his behalf, he remains personally responsible to comply with the court's Orders and deadlines and to take all other actions necessary to continue to pursue this case. In addition, plaintiff was cautioned that because of the possibility that no attorney might volunteer, the court will not consider the fact that *pro bono* counsel has yet to appear to be good cause to extend any deadlines or continue any scheduled matters.

Date: September 18, 2013