# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 11-cv-01424-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

K. FERRELL,
E. SNEAD,
J. LIBEL, and
R. KORTH,

    Defendants.

## AMENDED ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF ALLEN

Pursuant to this Court's Minute Order (Doc. # 125), a three-day jury trial, including jury selection, has been scheduled to **November 12, 2013 at 8:30 AM.** Mr. Allen's presence at this trial is necessary. In light of this change, the Court's Order and Writ of Habeas Corpus Ad Testificandum (Doc. # 121), dated September 4, 2013, is AMENDED as follows:

IT IS ORDERED that:

1. An Amended Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of the Fremont Correctional Facility in Canon City, Colorado, and the Colorado Department of Corrections, to produce Inmate Shawn D. Allen, CDOC # 113014, on **October 11, 2013, at 1:30 PM,** for a Final Trial

Preparation Conference; and on **November 12, 2013, at 8:30 AM,** for a three-day jury trial, in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294, until the completion of each proceeding or as ordered by the Court, and thereafter to return Mr. Allen to the Fremont Correctional Facility, Canon City, Colorado.

2. The custodian is further ordered to notify the Court of any change in the custody of Mr. Allen, and is ordered to provide the new custodian with a copy of this Writ.

## AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of the Fremont Correctional Facility, Canon City, Colorado

YOU ARE COMMANDED to produce Inmate Shawn D. Allen, CDOC # 113014, on **Friday, October 11, 2013, at 1:30 PM,** for a Final Trial Preparation Conference; and on **Tuesday, November 12, 2013, at 8:30 AM,** for a three-day jury trial, including jury selection, each to be held in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294, before the Hon. Christine M. Arguello, or until completion of each proceeding, or as ordered by the Court, and thereafter return Mr. Allen to the Fremont Correctional Facility in Canon City, Colorado.

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Allen and to provide the new custodian with a copy of this Writ.

Amended Writ shall be issued to the United States Marshal to execute.

DATED this   7th   day of October, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

3