IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01424-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

E. SNEAD,

    Defendant.

---

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO TRANSPORT PLAINTIFF ALLEN**

---

Plaintiff Shawn D. Allen, CDOC # 113014, is a necessary and material witness in his own four-day jury trial scheduled to take place before the Hon. Christine M. Arguello on February 18, 2014, at 8:00 AM, in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294.  Mr. Allen is currently confined at the Limon Correctional Facility in Limon, Colorado, in the custody of Warden Frances Falk. In order to secure Mr. Allen's attendance at the aforementioned proceeding, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, ordering Mr. Allen's custodian to produce him at the United States District Court for the District of Colorado.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of the Limon Correctional Facility in Limon, Colorado, and the Colorado Department of Corrections, to produce Inmate Shawn D. Allen, CDOC

# 113014, on **February 18, 2013, at 8:00 AM,** for a four-day jury trial, in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294, until the completion of said proceeding or as ordered by the Court, and thereafter to return Mr. Allen to the Limon Correctional Facility in Limon, Colorado.

2.  Mr. Allen is permitted to wear business attire, which will be provided by Plaintiff's counsel.

3.  The custodian is further ordered to notify the Court of any change in the custody of Mr. Allen, and is ordered to provide the new custodian with a copy of this Writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of the Limon Correctional Facility, Limon, Colorado

YOU ARE COMMANDED to produce Inmate Shawn D. Allen, CDOC # 113014, on **Tuesday, February 18, 2014, at 8:00 AM,** for a four-day jury trial, to be held in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294, before the Hon. Christine M. Arguello, until completion of said proceeding, or as ordered by the Court, and thereafter return Mr. Allen to the Limon Correctional Facility in Limon, Colorado.

Mr. Allen shall be permitted to wear business attire in the courtroom, which shall be provided by Plaintiff's counsel.

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Allen and to provide the new custodian with a copy of this Writ.

Writ shall be issued to the United States Marshal to execute.

DATED this __7th__ day of February, 2014

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge