**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01424-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

E. SNEAD,

    Defendant.

---

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO TRANSPORT INMATE MARK HAVENS**

---

Inmate Mark Havens, CDOC # 149083, is a necessary witness scheduled to testify at Plaintiff Allen's jury trial before the Hon. Christine M. Arguello. Mr. Havens is scheduled to be called to give testimony at said trial in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294 on **February 19, 2014.** Mr. Havens is currently confined at the Limon Correctional Facility in Limon, Colorado, in the custody of Warden Frances Falk. In order to secure Mr. Havens' attendance at the aforementioned proceeding, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, ordering Mr. Havens' custodian to produce him at the United States District Court for the District of Colorado.

ACCORDINGLY, IT IS ORDERED that:

1.    A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of the Limon Correctional Facility in Limon, Colorado,

and the Colorado Department of Corrections, to produce Inmate Mark Havens, CDOC # 149083, on **Wednesday, February 19, 2013, at 8:00 AM,** in order to testify at the trial of Plaintiff Shawn D. Allen, in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294, until the completion of said testimony, or as ordered by the Court, and thereafter to return Mr. Havens to the Limon Correctional Facility in Limon, Colorado.

    2.    Mr. Havens is permitted to wear business attire, which will be provided by Plaintiff Allen's counsel.

    3.    The custodian is further ordered to notify the Court of any change in the custody of Mr. Havens, and is ordered to provide the new custodian with a copy of this Writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  The Warden of the Limon Correctional Facility, Limon, Colorado

YOU ARE COMMANDED to produce Inmate Mark Havens, CDOC # 149083, on **Wednesday, February 19, 2014, at 8:00 AM,** to give testimony at the trial of Plaintiff Shawn D. Allen in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294, before the Hon. Christine M. Arguello, until completion of said testimony, or as ordered by the Court, and thereafter return Mr. Havens to the Limon Correctional Facility in Limon, Colorado.

Mr. Havens shall be permitted to wear business attire in the courtroom, which shall be provided by Plaintiff Allen's counsel.

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Havens and to provide the new custodian with a copy of this Writ.

Writ shall be issued to the United States Marshal to execute.

DATED this __7th__ day of February, 2014

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge