**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01424-CMA-MJW

SHAWN D. ALLEN,

      Plaintiff,

v.

E.SNEAD,

      Defendant.

_____

### ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS
_____

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED February 19, 2014.

BY THE COURT:

_____

Christine M. Arguello
United States District Judge