**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01424-CMA-MJW

SHAWN ALLEN,

    Plaintiff,

v.

E.SNEAD,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District judge Christine M. Arguello presiding, and the jury has rendered a verdict.

The jury having unanimously agreed to the following on February 21, 2014:

(1) Did Plaintiff Allen prove, by a preponderance of the evidence, all four elements of his Eighth Amendment claim against Defendant Snead as set forth in Instruction No. 15? Yes____ No__X____

Pursuant to the Jury Verdict entered on February 21, 2014, it is hereby

ORDERED that final judgment is entered for Defendant E. Snead and against the plaintiff Shawn Allen, and the Complaint and civil action are DISMISSED with prejudice.

FURTHER ORDERED that Defendant is awarded costs.

Dated at Denver, Colorado this 25th day of February, 2014.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                        By:  s/   Sandra Hartmann
                                    Sandra Hartmann
                                    Deputy Clerk

APPROVED BY THE COURT:

_____
United States District Judge